IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IBHAR AL MHEID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:23-cv-00105-TES |
| | ) | |
| KATY MINCHEW *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## PROTECTIVE ORDER

Plaintiff Ibhar Mheid ("plaintiff") has filed this action against defendants Katy Minchew and Robert Schollmeyer (referred to collectively as "defendants"), asserting violations of his constitutional rights under 42 U.S.C. § 1983 and state law claims of false arrest, malicious prosecution, and false imprisonment.

During discovery of this case, defendants will need to obtain the records from Criminal Case Nos. SU-21-CR-0372 and SU-21-CR-0692 and Criminal Investigation Case Nos. 2020-12130114, 2020-12140045, 2020-1220165, and 2021-05200125. The records from these cases and investigations were sealed and expunged by plaintiff pursuant to O.G.G.A. § 34-3-37(j)(1)(m)(1). Defendants have agreed that such information shall not be disclosed or used except as appropriate and relevant in court proceedings in this case.

Therefore, **IT IS HEREBY ORDERED THAT**:

(1) The following is designated as "Confidential Information":

a.      Any document related to Case No. SU-21-CR-0372;

b.      Any document related to Case No. SU-21-CR-0692;

c.      Any document related to Criminal Investigation Case No. 2020-12130114;

d.      Any document related to Criminal Investigation Case No. 2020-12140045;

e.      Any document related to Criminal Investigation Case No. 2020-1220165;

f.      Any document related to Criminal Investigation Case No. 2021-05200125; and

g.      Any other document that a party in good faith designates as "confidential."

(2) Confidential information requested by a party, or otherwise produced in this litigation, whether said information be solicited from documents or by the direct testimony of any person, shall be used solely for the purposes of the captioned lawsuit, including trial preparation, and shall not, without prior written consent of the individual or entity producing the information, be made available to any person other than the Court and its personnel, the defendants, their counsel or individuals working on behalf of defendants or their counsel, such as professional

staff, expert witness, other witnesses, potential witnesses, etc.;

(3)    A party, upon the providing of "confidential" information and/or documents pursuant to this Protective Order, does not waive any objection to the admissibility of said information or documents or any portion thereof at trial on the grounds of relevance, privilege, prejudice, or competency;

(4) Defendants agree that they shall designate as "confidential" only those documents that contain records related to SU-21-CR-0372 and SU-21-CR-0692 and criminal investigation case Nos. 2020-12130114, 2020-12140045, 2020-1220165, and 2021-05200125. Defendants agree that if disputes arise to the applicability of this Order to any information produced by a party, such disputes shall be resolved, if possible, by agreement of the parties of this action;

(5) Any "confidential" documents shall, when filed with the Court, be clearly marked "confidential," by the party so filing;

(6) This Protective Order shall govern all pretrial proceedings but shall be subject to modification either before, during, or after the trial upon the merits, upon consent of the parties, or upon application and showing of good cause by any of the parties. Any confidential record that is admitted into evidence shall not lose its confidential designation under this agreement unless expressly ordered by the Court;

(7) The inadvertent or unintentional disclosure of any confidential

information shall not be construed to be a waiver, in whole or in part, of the plaintiff's or defendants' claims of confidentiality, either as to the specific confidential information or as to related information;

(8) Order the Athens Clarke-County Superior Court to unseal criminal case nos. SU-21-CR-0372 and SU-21-CR-0692 for the limited purpose of use in this case; and

(9) Order the Athens Clarke-County Superior Court to unseal 2020-12130114; 2020-12140045; 2020-1220165; and 2021-05200125 for the limited use in this case.

SO ORDERED, this  23  day of   March   , 2024.

s/Tilman E. Self, III
_____
HON. TILLMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION