IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| IBHAR AL MHEID, MD, | \* |
| Plaintiff, | \* |
| v. | Case No.   3:23-cv-105-TES |
| | \* |
| KATY MINCHEW, ROBERT SCHOLLMEYER and ARMOR HEALTH, INC., | \* |
| | \* |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 13th day of May, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk